Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CULLEN,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 18-cv-00575-KAW<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 6-1]; [PROPOSED] ORDER THEREON** AS MODIFIED<br>**Complaint Served: 02/09/18**<br>**Orig. Response Date: 03/02/18**<br>**2nd Response Date: 03/30/18**<br>**Requested Response Date: 04/27/18**<br><br>Judge: Hon. Kandis A. Westmore<br><br>Complaint Filed: January 26, 2018 |

WHEREAS, Plaintiff STACY CULLEN ("Plaintiff") served upon Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") the Complaint in this action on February 9, 2018;

WHEREAS, pursuant to the stipulation of Plaintiff and LINA, filed February 28, 2018 (ECF Doc. No. 8), a responsive pleading to the Complaint must be filed and served on behalf of LINA by March 30, 2018;

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162801.1

1

Case No. 18-cv-00575-KAW
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS [L.R. 6-1];

WHEREAS, for good cause and pursuant to Local Rule 6-1, the Parties wish to further extend the time within which a responsive pleading to the Complaint must be filed and served by LINA by an additional twenty-eight (28) days, to April 27, 2018;

WHEREAS, by entering into this stipulation, LINA is not waiving any affirmative defenses and/or grounds for motions under Rule 12 of the Federal Rules of Civil Procedure.

IT IS HEREBY STIPULATED by and between Plaintiff and LINA, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by LINA is hereby further extended by an additional twenty-eight (28) days from March 30, 2018 to April 27, 2018.

**IT IS SO STIPULATED**.

Dated: March 21, 2018     LAURENCE F. PADWAY
LAW OFFICES OF LAURENCE F. PADWAY

By:    */s/ Laurence F. Padway*
       Laurence F. Padway
       Attorneys for Plaintiff,
       STACY CULLEN

Dated: March 21, 2018     Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By:    */s/ Kristin Kyle de Bautista*
       Kristin Kyle de Bautista
       Attorneys for Defendant
       LIFE INSURANCE COMPANY
       OF NORTH AMERICA

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162801.1

2

Case No. 18-cv-00575-KAW
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS (L.R. 6-1);

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**[PROPOSED] ORDER** AS MODIFIED

Having considered the parties' Stipulation to Further Extend Time to Respond to Plaintiff's Initial Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for LINA to respond to Plaintiff's Initial Complaint is extended to April 27, 2018. The Case Management Conference set for 5/1/18 is continued to 6/5/18. The joint case management conference statement is due by 5/29/18.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___3/22_____, 2018

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162801.1

3

Case No. 18-cv-00575-KAW
STIPULATION TO FURTHER EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS [L.R. 6-1];