1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
2  Alameda, California 94501
   Telephone: (510)814-6100
3  Facsimile : (510)814-0650

4  David J. Linden, #41221
   Post Office Box 5780
5  Napa, CA 94581
   Telephone: (707) 252-7007
6  Facsimile: (707) 252-7883

7  Attorneys for plaintiff
   Stacy Cullen
8
   Anna Maria Martin (Bar No. 154279)
9  amartin@mmhllp.com
   Kristin Kyle de Bautista (Bar No. 221750)
10 kkyle@mmhllp.com
   MESERVE, MUMPER & HUGHES LLP
11 1000 Wilshire Boulevard, Suite 1860
   Los Angeles, California 90017-2457
12 Telephone: (213) 620-0300
   Facsimile: (213) 625-1930
13 Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH
14 AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CULLEN, | Case No. 18-cv-00575-WHO |
| Plaintiff, | **STIPULATION RE DISMISSAL; ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. William H. Orrick |
| Defendant. | Complaint Filed: January 26, 2018 |

WHEREAS, Plaintiff filed her Complaint on January 26, 2018 alleging causes of action for disability benefits due; and

WHEREAS, Plaintiff and Defendants have resolved this matter.

IT IS THEREFORE STIPULATED by and between Plaintiff Stacy Cullen and Defendant Life Insurance Company of North America that, pursuant to Federal Rules of Civil Procedure 41 (a)( 1 )(A)(i i), this action and all claims Plaintiff Stacy Cullen has asserted against Defendants in this action are dismissed with prejudice. Plaintiff and Defendants stipulate that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: February 21, 2019      LAURENCE F. PADWAY
LAW OFFICES OF LAURENCE F. PADWAY

By:    */s/ Laurence F. Padway*
       Laurence F. Padway
       Attorneys for Plaintiff,
       STACY CULLEN

Dated: February 27, 2019      Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By:    */s/ Anna Marie Martin*
       Anna Marie Martin
       Attorneys for Defendant
       LIFE INSURANCE COMPANY
       OF NORTH AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**[PROPOSED] ORDER**

The Court, having considered the Stipulation of the parties and good cause appearing thereon, orders as follows:

1) The matter is dismissed with prejudice against Defendants pursuant to Federal Rules of Civil Procedure 4l(a)(1)(A)(ii);

2) Each party shall bear their own attorneys' fees and costs; and

IT IS SO ORDERED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 5__, 2019

_____
Hon. William H. Orrick
United States District Court Judge